```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

LUCKY L. CRAWFORD                                        PLAINTIFF

    v.                       Civil No. 06-2157

SHERIFF MIKE ALLEN;
LT. VENA CUPP; CHARLES
WALL; CRAWFORD COUNTY,
ARKANSAS and SGT. HILLERN                               DEFENDANTS

## ORDER

Now on this 13th day of May 2008, there comes on for consideration the report and recommendation filed herein on April 18, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 46). Plaintiff did not file written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that the Plaintiff failed to obey the orders of the Court and failed to prosecute this action. Fed. R. Civ. P. 41.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge

AO72A
(Rev. 8/82)